UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1848
_____

LENNY CAIN,
                              Appellant

v.

BUREAU OF PRISONS; WARDEN
ALLENWOOD FCI; DHO BITTENBENDER

———————————————————————

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 17-cv-00105)
District Judge:  Honorable William J. Nealon, Junior

———————————————————————

Before:  AMBRO, KRAUSE and PORTER, <u>Circuit</u> <u>Judges</u>

———————————————————————

**SUR PETITION FOR PANEL REHEARING**

———————————————————————

The petition for panel rehearing filed by Appellant in the above entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

ORDERED that the petition for rehearing by the panel is granted.  The Opinion and

Judgment issued January 18, 2019 are hereby vacated.  A new Opinion and Judgment will

be filed at a later date.  Appellant's Reply was considered by the Court.

By the Court,

<u>s/ Thomas L. Ambro, Circuit Judge</u>

Dated: March 29, 2019
PDB/TMM/cc: Lenny Cain
            Melissa A. Swauger, Esq